Argued and submitted September 19, remanded for award of attorney fees; otherwise affirmed November 13, 1991

Mary Darlene STEVENS,
*Respondent,*

*v.*

Dennis MARNEY
and Pamela Marney,
*Appellants.*

(90-81332; CA A68641)

820 P2d 905

Kathleen G. Dolan, Eugene, argued the cause for appellants. With her on the brief was Lane County Legal Aid Service, Inc., Eugene.

No appearance for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM